# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

IN RE MEDTRONIC, INC.
SPRINT FIDELIS LEADS PRODUCTS
LIABILITY LITIGATION

This documents relates to:
**Herrera et al. v. Medtronic Vascular, Inc. et al.**
**09-cv-03238**

MDL NO. 08-1905 (RHK/JSM)

**ORDER GRANTING
PLAINTIFFS' LEAD COUNSEL'S
MOTION TO DISMISS**

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 15), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the action styled <u>Herrera et al. v. Medtronic Vascular, Inc. et al.</u>, Civil Action No. 09-cv-03238, is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  June 24, 2011

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge